# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2257

_____

JAVONEY D. ROBERTS,

> Petitioner,

v.

ALEX ALFORD, Clerk of the
Court, of the First Judicial
Circuit of Walton County,
Florida,

> Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


December 19, 2023


PER CURIAM.

> DISMISSED.

M.K. THOMAS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Javoney D. Roberts, pro se, Petitioner.

No appearance for Respondent.